IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ARLINDA JOHNS, ) | |
| ) | |
|     Petitioner/Defendant, ) | |
| ) | |
| v. ) | Case No. 04-CV-4109-JPG |
| ) |         02-CR-40055-JPG |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent/Plaintiff. ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by the Court.**  This matter having come before the Court on petitioner's 28 U.S.C. § 2255 motion to vacate, correct, or modify sentence, and the Court having rendered its decision,

**IT IS ORDERED AND ADJUDGED that JUDGMENT** be entered in favor of Respondent and against Petitioner as to all claims in this case and that this case is hereby **DISMISSED WITH PREJUDICE**.

**DATE: March 29, 2006.**

                                              **NORBERT G. JAWORSKI, CLERK**

                                              **By: s/ Judith Prock, Deputy Clerk**

**APPROVED:   /s/ J. Phil Gilbert**
                 **J. PHIL GILBERT**
                 **U.S. District Judge**