**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ARLINDA JOHNS, | ) | |
| | ) | |
| Petitioner / Defendant, | ) | |
| | ) | CIVIL NO.  04-CV-4109 |
| v. | ) | |
| | ) | CRIMINAL NO.  02-CR-40055 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent / Plaintiff. | ) | |

**MEMORANDUM AND ORDER**

Before the Court is a motion to proceed *in forma pauperis* on appeal, filed by the Arlinda

Johns.

On March 29, 2006 this Court denied Johns' motion seeking relief under Section 2255.

(Doc. 13).  On April 20, 2006, Johns filed a notice of appeal.  (Doc. 15).  Now, Johns has filed a

motion to proceed *in forma pauperis* on appeal (Doc. 20).  Johns, however, has not filed a statement

of the issues that she intends to pursue on appeal as required by Federal Rule of Appellate Procedure

24(a)(1)(C).

A federal court may permit a party to proceed on appeal without full pre-payment of fees

provided the party is indigent and the appeal is taken in good faith.  28 U.S.C. § 1915(a)(3); Fed.

R. App. P. 24(a)(3).  A frivolous appeal cannot be made in good faith. *Lee v. Clinton*, 209 F.3d 1025,

1026-27 (7th Cir. 2000).  The test for determining if an appeal is in good faith or not frivolous is

whether any of the legal points are reasonably arguable on their merits.  *Neitzke v. Williams*, 490

U.S. 319, 325 (1989) (citing *Anders v. California*, 386 U.S. 738 (1967)); *Walker v. O'Brien*, 216

F.3d 626, 632 (7th Cir. 2000).  As Johns has failed to include a statement of the issues she intends

to present to the appellate court, this Court cannot determine whether her appeal is frivolous.

Therefore, the Court orders Johns to file a statement of the issue she intends to present to the

appellate court within 30 days of the entry of this order.  If she fails to make this filing the Court will

deny her motion and certify that she has not taken her appeal in good faith.

**IT IS SO ORDERED.**

**DATED: May 22, 2006.**

**/s/ J. Phil Gilbert**

**J. PHIL GILBERT**
**U.S. District Judge**